

IN THE
TENTH COURT OF APPEALS

No. 10-19-00478-CR
No. 10-19-00482-CR

IN RE KEVIN LEE BUHL

Original Proceeding

## OPINION

In these proceedings, Kevin Lee Buhl seeks a writ of mandamus from this Court compelling the trial court to withdraw an order to withhold funds from his inmate account. In his petition, Buhl relies upon a number of cases that have been overruled, either directly or by implication, by the Texas Court of Criminal Appeals or the Texas Supreme Court. The procedure necessary to complain about an order to withhold funds from an inmate account was described in *Harrell v. State*, 286 S.W.3d 315 (Tex. 2009). That procedure is to file a motion complaining about the withdrawal order which should be filed with the trial court clerk for the trial court that signed the order. If the trial court

then denies the relief requested in the motion, then an appeal, which will be a civil proceeding, can be taken from that denial.

Because another procedure is available to Buhl, he is not entitled to relief by mandamus. Accordingly, Buhl's petitions for writ of mandamus are denied.



TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Neill
Pet. denied
Opinion delivered and filed January 8, 2020
Publish
[OT06]

